# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Quentin McLaughlin,

       Plaintiff(s),                 JUDGMENT IN A CIVIL CASE

vs.                                           3:07cv383

The State of North Carolina, et al.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/14/07 Order.

Signed: September 14, 2007

Frank G. Johns, Clerk
United States District Court